UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SANDS,<br><br>      Plaintiff,<br><br>vs.<br><br>CDCR, *et al.*,<br><br>      Defendants. | Case No. 1:15-cv-01140-RRB<br><br>**ORDER DENYING MOTION**<br>**TO PROCEED IFP ON APPEAL** |

At **Docket 13** Plaintiff Philip Sands, a California state prisoner appearing *pro se*, has applied to proceed *in forma pauperis* on his appeal from the Order of the Court dismissing his Complaint.[1] In dismissing his Complaint the court revoked Plaintiff's IFP status.[2] The Court finds no basis upon which it should reconsider its prior Order.

Accordingly, the Application to Proceed in District Court Without Prepaying Fees or Costs at **Docket 13** is **DENIED** without prejudice to seeking relief from the Court of Appeals for the Ninth Circuit in Case No. 16-15100.

The Clerk of the Court is directed to transmit a copy of this Order to the Court of Appeals.

**IT IS SO ORDERED** this 9th day of February, 2016.

                                                  S/ RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Notice of Appeal, Docket 10.

[2] Docket 8.

DISMISSAL ORDER