UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SANDS,<br><br>    Plaintiff,<br><br>vs.<br><br>CDCR, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01140-RRB<br><br>**ORDER ON REMAND** |

At **Docket 15** the Court of Appeals remanded this matter for the limited purpose of ruling on the Notice of Appeal filed by Plaintiff Philip Sands as a timely motion to reopen the time on appeal. The records of this Court reflect that, although the judgment was entered in this case on October 8, 2015, it was not served on Sands until January 8, 2016. Sands Notice of Appeal, dated January 15, 2016, was received by the Court on January 21, 2015.

An appellant has 180 days after entry of judgment or 14 days after receiving notice of the judgment within which to move to reopen time to appeal.[1] Sands filed his Notice of Appeal within both the 180-day and 14-day periods.

Accordingly, treating the Notice of Appeal as a timely motion to extend the time to appeal, it is hereby **GRANTED**. The Notice of Appeal was timely filed.

---

[1] Fed. R. App. P. 4(a)(6)(B).

ORDER ON REMAND
*Sands v CDCR*, 1:15-cv-01140-RRB – 1

The Clerk of the Court is directed to transmit a copy of this Order to the Clerk of the Court of Appeals.

**IT IS SO ORDERED** this 24th day of February, 2016

                                            S/ RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE

ORDER ON REMAND
*Sands v CDCR*, 1:15-cv-01140-RRB – 2